UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS F. KOVACH,

                             Plaintiff,

v.

UNITED STATES OF AMERICA; UNITED
STATES DEPARTMENT OF DEFENSE;
UNITED STATES AIR FORCE; STATE OF
NEW YORK; NY AIR NATIONAL GUARD,
105TH AIRLIFT WING; and PAUL A.
WEAVER, JR.;

                             Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 7065 (VB)

On January 29, 2019, plaintiff, who is proceeding pro se and in forma pauperis, filed a letter seeking a certificate of default concerning defendant Paul A. Weaver, Jr. (Doc. #45). The docket reflects that Weaver was purportedly served on October 31, 2019, and that Weaver's answer was due on December 30, 2019. (Doc. #41).

To date, Weaver has not answered, moved, or otherwise responded to the complaint.

Accordingly, by February 5, 2020, the U.S. Attorney's Office and the New York State Attorney General's office shall each inform the Court by letter whether they intend to represent defendant Weaver in this action.

Dated: January 29, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge