UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS F. KOVACH,

                     Plaintiff,

      -against-                                    19 **CIVIL** 7065 (VB)

                                             **JUDGMENT**

UNITED STATES OF AMERICA, UNITED
STATES DEPARTMENT OF DEFENSE,
UNITED STATES AIR FORCE, THE STATE
OF NEW YORK, NEW YORK AIR
NATIONAL GUARD, THE 105TH AIRLIFT
WING, and MAJ. GEN. PAUL A. WEAVER,
JR. (RET.),

                   Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 15, 2020, the defendants' motions to dismiss are GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:** New York, New York

        July 15, 2020

                                                               **RUBY J. KRAJICK**

                                                                  Clerk of Court

                          **BY:**
                                                                  Deputy Clerk